THE STATE OF OHIO EX REL. JELLS, APPELLEE,
*v.* CITY OF CLEVELAND ET AL., APPELLANTS.

[Cite as *State ex rel. Jells v. Cleveland* (1993), 67 Ohio St.3d 436.]

(No. 93–206—Submitted August 16, 1993—Decided October 6, 1993.)

*James Kura,* Ohio Public Defender, *JoAnn M. Bour–Stokes* and *Joseph E. Wilhelm,* Assistant Public Defenders, for appellee.

*Danny R. Williams,* Law Director, and *Pamela A. Pfleger Walker,* Assistant Law Director, for appellants.

---

*Per Curiam.* The court of appeals did not abuse its discretion in finding particular witness statements not exempt as trial preparation records. See *State ex rel. Williams v. Cleveland* (1992), 64 Ohio St.3d 544, 597 N.E.2d 147; *State ex rel. Coleman v. Cincinnati* (1991), 57 Ohio St.3d 83, 566 N.E.2d 151.

Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and Pfeifer, JJ., concur.

F.E. Sweeney, J., not participating.